UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joe Robinson

      Plaintiff

  v.                                     Civil Action No. 23-10548-AK

U.S. Environmental Protection Agency, et al.

      Defendants

ORDER OF DISMISSAL

A. KELLEY, D.J.

    In accordance with the Court's Memorandum and Order [Dkt. 16] entered on November 30, 2023, it is ORDERED that the above-entitled action be, and hereby is, DISMISSED.

By the Court,

/s/ Arnold Pacho
Deputy Clerk

Dated: November 30, 2023